# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lexington Luminance LLC   v.   Amazon.com Inc. and Amazon Digital Services, Inc.

No. 14-1384

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   Lexington Luminance LLC
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

- Name: Robert D. Katz
- Law firm: Katz PLLC
- Address: 6060 N. Central Expressway, Suite 560
- City, State and ZIP: Dallas, TX 75206
- Telephone: 214-865-8000
- Fax #: 888-231-5775
- E-mail address: rkatz@katzlawpllc.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 6, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/11/14
Date

Signature of pro se or counsel

cc: see attached

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  4/11/2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Robert D. Katz | /s/ Robert D. Katz |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Katz PLLC

Address: 6060 N. Central Expressway, Suite 560

City, State, ZIP: Dallas, TX 75206

Telephone Number: 214-865-8000

FAX Number: 888-231-5775

E-mail Address: rkatz@katzlawpllc.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 14-1384 |
| | § | |
| **AMAZON.COM, INC. and** | § | |
| **AMAZON DIGITAL SERVICES, INC.,** | § | |
| | § | |
| *Defendants*. | § | |

## SERVICE LIST

I hereby certify that on the date shown above, a copy of this document was served on the following as indicated:

<u>Via Email</u>
Indranil Mukerji
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005
202-783-5070
Mukerji@fr.com

<u>Via Email</u>
Kurt L. Glitzenstein
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
617-542-5070
glitzenstein@fr.com

<u>Via Email</u>
Michael J. McKeon
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005
202-783-5070
mckeon@fr.com

2

<u>Via Email</u>
Robert P. Courtney
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
612-335-5070
courtney@fr.com

          <u>/s/ *Robert D. Katz*</u>
          Robert D. Katz