FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>Lexington Luminance LLC</u> v. <u>Amazon.com Inc. and Amazon Digital Services, Inc.</u>

No. <u>14-1384</u>

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   <u>Lexington Luminance LLC</u>
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | David S. Godkin |
| Law firm: | Birnbaum & Godkin LLP |
| Address: | 280 Summer Street |
| City, State and ZIP: | Boston, MA 02210 |
| Telephone: | 617-307-6100 |
| Fax #: | 617-307-6101 |
| E-mail address: | godkin@birnbaumgodkin.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): <u>October 1985</u>

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

<u>4-11-14</u>               <u>/s/ David S. Godkin</u>
Date                          Signature of pro se or counsel

cc: <u>see attached</u>

**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____  v.  _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se          \_\_\_\_\_As counsel for:    _____
                                              Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee      \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant      \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name:             _____
Law firm:         _____
Address:          _____
City, State and ZIP:  _____
Telephone:        _____
Fax #:            _____
E-mail address:   _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____.

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____                          _____
     Date                                         Signature of pro se or counsel

cc: _____

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| **LEXINGTON LUMINANCE LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 14-1384 |
| | § | |
| **AMAZON.COM, INC. and** | § | |
| **AMAZON DIGITAL SERVICES, INC.,** | § | |
| | § | |
| *Defendants*. | § | |

## SERVICE LIST

I hereby certify that on the date shown above, a copy of this document was served on the following as indicated:

<u>Via Email</u>
Indranil Mukerji
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005
202-783-5070
Mukerji@fr.com

<u>Via Email</u>
Kurt L. Glitzenstein
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
617-542-5070
glitzenstein@fr.com

<u>Via Email</u>
Michael J. McKeon
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005
202-783-5070
mckeon@fr.com

<u>Via Email</u>
Robert P. Courtney
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
612-335-5070
courtney@fr.com

                                      <u>/s/ *Robert D. Katz*</u>
                                      Robert D. Katz